FILED: SEPTEMBER 3, 2008
08CV5025
JUDGE KENNELLY
MAGISTRATE JUDGE COX

CH

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FRED SIEGELTUCH, TRUSTEE OF THE LINDA S. MCCARTNEY REVOCALBE TRUST, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -v- | ) ) | Court No: |
| AMERIPRISE FINANCIAL AND RIVERSOURCE LIFE INSURANCE CO., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,

defendant RIVERSOURCE LIFE INSURANCE COMPANY hereby removes this action, with

full reservation of all rights and defenses, that had been pending as case No. 08-L-7949 in the

Circuit Court of Cook County, Law Division, Illinois, to this United States District Court for the

Northern District of Illinois. In support of this Notice, RiverSource states as follows:

## I.    PLAINTIFF'S COMPLAINT

1.    On July 22, 2008, Plaintiff Fred Siegeltuch, as Trustee of the Linda S. McCartney

Revocable Trust ("Plaintiff"), filed his Complaint in the Circuit Court of Cook County, Law

Division, Illinois, against defendants RiverSource Life Insurance Company and Ameriprise

Financial (collectively, "defendants"). The case is captioned *Siegeltuch v. Ameriprise Financial*

*and RiverSource Life Ins. Co.*, Case No. 08 L 7949.  A copy of the Complaint and other

materials found in the court file are attached as Exhibit A.

       2.     Plaintiff alleges defendants issued a life insurance policy to Ms. McCartney on

March 30, 2006 and that the beneficiary of the policy is the Linda S. McCartney Revocable

Trust.  Compl., Ex. A, ¶¶ 3-4.  Plaintiff did not attach a copy of the policy to the Complaint.  In

fact, only RiverSource (previously known as IDS Life Insurance Company) (and not Ameriprise)

issued the life insurance policy to Ms. McCartney.

       3.     Plaintiff further alleges that following Ms. McCartney's death on July 26, 2006,

plaintiff filed a claim with defendants for payment of the death benefit under the policy in the

amount of $500,000, and that defendants have not paid the death benefit and, therefore, have

allegedly breached the terms of the policy.  *Id.*, ¶¶ 7-9.

       4.     Plaintiff purports to seek recovery of $500,000 and accrued interest due under the

terms of the life insurance policy.  Compl., Ex. A, ¶ 10 & "Wherefore Clause," subsection (b).

## II.    DIVERSITY JURISDICTION IN THIS COURT

       5.     Federal district courts have original jurisdiction over all civil actions where the

matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is

between citizens of different States.  *See* 28 U.S.C. § 1332.  Under 28 U.S.C. § 1441(a),

defendants may remove suits in which diversity jurisdiction exists.

       6.     This Court has diversity jurisdiction over this matter.  Since the first filing of this

action to the present, there has been complete diversity because plaintiff and defendants have

been and are citizens of different states, and the applicable amount in controversy for diversity

jurisdiction has been satisfied.  *See* 28 U.S.C. § 1332.

**A.      Diverse Citizenship of the Parties**

7.      Plaintiff brings this action as Trustee of the Linda S. McCartney Revocable Trust. Compl., Ex. A.   For purposes of diversity jurisdiction, the citizenship of a trust is determined by the citizenship of the trustee. *See McCallum v. Bank One*, 2007 U.S. Dist. LEXIS 75099, *1-2 (N.D. Ill. Oct. 4, 2007).

8.      The plaintiff Trustee, Fred Siegeltuch, is a citizen of Illinois.   He resides at 2415 Meadow Drive North, Wilmette, Illinois and, based on publicly available information, also appears to be employed in Illinois.

a.      Defendant RiverSource Life Insurance Company (formerly known as IDS Life Insurance Company) (hereinafter "RiverSource") was at the time the Complaint was filed and remains a corporation organized under the laws of and incorporated in Minnesota with its principal place of business in Minneapolis, Minnesota.

8.      Defendant Ameriprise Financial ("Ameriprise") has not been served in this matter.   It  was at the time the Complaint was filed and remains a corporation organized under the laws of and incorporated in Delaware with its principal place of business in Minneapolis, Minnesota.

9.      Even if Ameriprise were a non-diverse defendant, the Court would have to disregard its citizenship for purposes of diversity jurisdiction because it has been fraudulently or improperly joined. *See Poulos v. Naas Foods, Inc.*, 959 F.2d 69, 73 (7th Cir. 1992).   There is no reasonable possibility that a state court could find Ameriprise liable on the claims alleged. *See Smallwood v. Illinois Cent. R.R.*, 385 F.3d 568, 573-74 (5th Cir. 2004) (improper joinder exists where plaintiff cannot establish a cause of action against the non-diverse party in state court).   As is apparent from Ms. McCartney's life insurance policy attached as Exhibit B, RiverSource

(formerly known as IDS Life Insurance Company) issued the life insurance policy upon which plaintiff sues, not Ameriprise. Further, Ameriprise cannot be liable for the alleged breaches of contract by its subsidiary unless plaintiff alleges and there exists a basis for piercing the corporate veil. *See, e.g., Hornsby v. Hornsby's Stores, Inc.*, 734 F. Supp. 302, 307-308 (N.D. Ill. 1990); *Urban v. American Legion Post 184, et al.*, 695 N.W.2d 153, 161-162 (Minn. Ct. App. 2005). Plaintiff does not and cannot make any such allegations.

**B.     Amount in Controversy**

10.     To establish diversity jurisdiction, the suit must involve an amount in controversy that exceeds $75,000, excluding interest and costs. 28 U.S.C., § 1332(a). In removed cases, the amount alleged in the plaintiff's complaint, if sufficient to meet the jurisdictional requirements of § 1332, is presumed correct. *See Smith v. Am. Gen. Life & Accident Ins. Co.*, 337 F.3d 888, 892 (7th Cir. 2003).

11.     Here, plaintiff alleges he seeks recovery of the death benefit in the amount of $500,000 together with all accrued interest due pursuant to the terms of the policy. Compl., Ex. A, ¶ 10 & "Wherefore Clause," subsection (b).

12.     Because plaintiff seeks to recover an amount well in excess of $75,000, the amount in controversy requirement is established.

**III.     REMOVAL IS TIMELY**

13.     RiverSource was served with the Summons and Complaint on August 4, 2008. A copy of the Summons is attached as part of Exhibit A. Ameriprise has not yet been served. This Notice of Removal is, therefore, timely filed within 30 days after the date of the first receipt by RiverSource of the summons and copy of the initial pleading setting forth the claim for relief upon which this action is based. 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6; *Murphy Brothers, Inc. v.*

*Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (thirty day time period begins to run from date of formal service).

## IV.     <u>VENUE IS PROPER</u>

14.     Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Northern District of Illinois is the district and division within which the above-described suit is pending.

## V.     <u>PROPER NOTICE GIVEN</u>

15.     RiverSource has provided all served parties with a written notice of the filing of this Notice of Removal. In addition, RiverSource has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. *See* 28 U.S.C. § 1446(d).

## VI.     <u>PLEADINGS AND PROCESS</u>

16.     As required by 28 U.S.C. § 1446(a), RiverSource has attached at Exhibit A to this Notice of Removal, a complete copy of everything it found in the Court file of the Circuit Court of Cook County, Law Division, Illinois, which includes "a copy of all process, pleadings, and orders served upon" it in this action.

## VII.     <u>JURY DEMAND</u>

17.     Plaintiff has not made a jury demand in state court.

**DEFENDANT RIVERSOURCE DEMANDS TRIAL BY JURY.**

Dated:  September 3, 2008

Respectfully submitted,

RIVERSOURCE LIFE INSURANCE COMPANY


By:     /s/ Lisa Simmons
        One of Its Attorneys

Lisa Simmons
Tracy Hannan
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing NOTICE OF REMOVAL was served by United States First Class Mail, postage prepaid, upon all parties or their counsel of record this 3rd day of September, 2008 to:


/s/ Lisa Simmons
Lisa Simmons

08CV5025
JUDGE KENNELLY
MAGISTRATE JUDGE COX

CH

# EXHIBIT A

# Illinois Department of Financial and Professional Regulation

## Division of Insurance

ROD R. BLAGOJEVICH
Governor

DEAN MARTINEZ
Secretary

MICHAEL T. McRAITH
Director
Division of Insurance

August 6, 2008

DECEIVE

AUG 2 0 2008

By

Riversource Life Insurance Company
227 Ameriprise Financial Center
Minneapolis, Minnesota 55474

Re:  Case Number:  08 L 007949

Gentlemen:

Enclosed please find copy of Summons and Complaint served on me as your agent for service of process on August 4th at 1:00 p.m. at my Chicago Office in the case of Fred Siegeltuch, Trustee of the Linda S. McCartney Revocable Trust, vs. your company et al.

Sincerely,

Michael T. McRaith
Director

MTM:EMC:msc
Encl.

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RECEIVED

AUG 1 9 2008

BY CCE MAIL CENTER

RECEIVED
STATE OF ILLINOIS

AUG 0 4 2008
1:00 57
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

| 2120 – Served | 2121 – Served | |
|---|---|---|
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served By Mail | |
| 2420 – Served By Publication | 2421 – Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW _____ DIVISION

(Name all parties)

Fred Siegeltuch, Trustee, of the Linda S. McCartney Revocable

Trust.

v.

Ameriprise Financial and Riversource Life Insurance Co

08L007949

RECEIVED
STATE OF ILLINOIS

No. _____

AUG 2 9 2008
By

RECEIVED
STATE OF ILLINOIS

JUL 25 2008

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

**SUMMONS**

To each Defendant:     Illinois Director of Insurance
                       100 W. Randolph, Suite 301, Chicago, IL  60601

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒  Richard J. Daley Center, 50 W. Washington, Room _801_____, Chicago, Illinois 60602

☒  **District 2 - Skokie**          ☐  **District 3 - Rolling Meadows**     ☐  **District 4 - Maywood**
   5600 Old Orchard Rd.               2121 Euclid                             1500 Maybrook Ave.
   Skokie, IL  60077                   Rolling Meadows, IL  60008              Maywood, IL  60153

☐  **District 5 - Bridgeview**      ☐  **District 6 - Markham**             ☐  **Child Support**
   10220 S. 76th Ave.                 16501 S. Kedzie Pkwy.                   28 North Clark St., Room 200
   Bridgeview, IL  60455              Markham, IL  60426                      Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

| | |
|---|---|
| Atty. No.: 53059 | WITNESS, 7 - 22 - , 2008 |
| Name: BARBARA LUSKY | |
| Atty. for: FRED SIEGELTUCH | Dorothy Brown |
| Address: 4711 W. GOLF, #700 | Clerk of Court |
| City/State/Zip: SKOKIE, IL 60076 | m . |
| Telephone: 847 676-2575 | Date of service: _____, _____ |
| | (To be inserted by officer on copy left with defendant or other person) |

Service by Facsimile Transmission will be accepted at: _____

(Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RECEIVED
STATE OF ILLINOIS

AUG 0 4 2008
$1:00\ 57$
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**LAW DIVISION**

FRED SIEGELTUCH, TRUSTEE )
of THE LINDA S. MCCARTNEY )
REVOCABLE TRUST ) NO. 08L007949
**Plaintiffs** )
)
V. )
)
AMERIPRISE FINANCIAL AND )
RIVERSOURCE LIFE INSURANCE CO. )
**Defendants** )

RECEIVED
STATE OF ILLINOIS

JUL 25 2008

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

## COMPLAINT

NOW COMES Fred Siegeltuch, not individually but as Trustee of the Linda S. McCartney Revocable Trust, and brings this COMPLAINT against the Defendants AMERIPRISE FINANCIAL and RIVERSOURCE LIFE INSURANCE CO., and in support thereof does state:

1. The Plaintiff is the Trustee of the Linda S. McCartney Revocable Trust dated 10/26/2005.

2. Linda S. McCartney died on July 26, 2006. She was a resident of Wilmette and executed the contract for insurance in Wilmette prior to her death.

3. The Defendants, Ameriprise Financial and Riversource Life Insurance Co., issued a policy of life insurance to Linda S. McCartney on March 30, 2006.

4. The beneficiary of the policy is the Linda S. McCartney RevocableTrust.

5. The life insurance policy issued by the Defendants was in existence on the date of death of Linda S. McCartney.

6. The Plaintiff has filed a claim with the Defendants for payment on the death benefit of the policy issued and demanded payment thereon.

7. The Defendants have not paid the beneficiary the death benefit to which the beneficiary is entitled.

8. The Decedent Linda S. McCartney satisfied all policy terms and provisions prior to her death.

9. The Defendants are in breach of contract for failure to pay on the policy of insurance issued by the Defendants.

10. The death benefit under the policy of insurance is $500,000.

WHEREFORE, the Plaintiff prays for this Honorable Court to issue the following relief:

a. For an order finding that the Defendants are in breach of contract for failure to pay the Plaintiff the death benefits under the policy of insurance;

b. For an order requiring the Defendants to pay the Plaintiff the death benefit under the policy of insurance, in the amount of $500,000 together with all accrued interest due pursuant to the terms of the policy.

c. For all other relief which this Court deems is meet and just.

RESPECTFULLY SUBMITTED:

Barbara Lusky

Attorney No. 53059
Barbara E. Lusky
4711 W. Golf Road #700
Skokie, Il. 60076
847-676-2575

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*Fred Hazeltine, Trustee*

Barbara E. Lusky
4711 Golf Road, Suite 700
Skokie, Illinois  60076
847/676-2575
Atty. No. 53059

JUDGE KENNELLY

MAGISTRATE JUDGE COX

CH

# EXHIBIT B

**IDS Life Insurance Company**
70100 Ameriprise Financial Center
Minneapolis MN 55474

# Flexible Premium Variable Life Insurance Policy

- Policy continues until death or surrender.
- Flexible premiums payable as described herein.
- Death benefit guarantee as described herein.
- This policy is nonparticipating.  Dividends are not payable.

| | | | |
|---|---|---|---|
| Insured: | Linda S. Mc Cartney | Policy number: | 9090-07667525 |
| Policy Date: | April 1, 2006 | Initial Specified Amount: | $500,000 |

This is a life insurance policy.  It is a legal contract between you, as the owner, and us, IDS Life Insurance Company, A Stock Company.  **PLEASE READ YOUR POLICY CAREFULLY.**

In consideration of your application and payment of the initial premium, we issue this policy and we promise to pay the proceeds described in this policy to the beneficiary if we receive proof satisfactory to us that the insured died while this policy was in force.

The owner and beneficiary are as named in the application unless they are changed as provided in this policy.

**The amount and duration of the death benefit of this policy may increase or decrease as described herein depending on the investment experience of the subaccounts.**

**The policy value of this policy may increase or decrease daily depending on the investment experience of the subaccounts.  There is no guaranteed minimum policy value.**

**NOTICE OF YOUR RIGHT TO EXAMINE THIS POLICY FOR 10 DAYS.**  If for any reason you are not satisfied with this policy, return it to us or our representative within 10 days after you receive it.  We will then cancel this policy and refund all premiums which you have paid.  This policy will then be considered void from its start.

Signed for and issued by IDS Life Insurance Company in Minneapolis, Minnesota, as of the policy date shown above.

**President:**

*Timothy V Bechtel*

**Secretary:**

*Paul C Johnston*

30061-IL

6/98

# Guide to Policy Provisions

**Rate Table**                      Tables of Guaranteed Maximum Monthly
                                     Cost of Insurance Rates/Page 4, 5

**Definitions**                      Important words and meanings/Page 6

**Insurance Contract**               Entire contract; Incontestability;
                                     Suicide provision; Misstatement of
                                     age or sex; Termination/Page 7

**Owner and Beneficiary**            Owner's rights; Successor owner; Change
                                     of ownership; Beneficiary designation;
                                     Change of beneficiary; Assignment/Page 9

**Premiums**                         Payment of premiums; Premium allocations;
                                     Grace period; No-lapse guarantee;
                                     Reinstatement/Page 10

**Death Benefits**                   Death benefit options 1 and 2/Page 12

**Policy Change**                    How to increase or decrease
                                     the specified amount or to change the
                                     death benefit options/Page 13

**Policy Values**                    The policy's value and how it is
                                     determined; Monthly deduction; Cost
                                     of insurance; Basis of policy
                                     values/Page 14

**Policy Loans**                     How to request a loan; Interest rate;
                                     Amount of loan; Loan repayment/Page 17

**Policy Surrender**                 Cash surrender value; Full and
                                     partial surrenders/Page 18

**Subaccounts**                      The subaccounts; Net investment
                                     factor; Deductions from the subaccounts;
                                     Transfer of values/Page 19

**Payment of Policy Proceeds**       How the proceeds are paid; Payment
                                     options/Page 21

## Policy Data

| Insured | Issue Age | Risk Classification |
|---|---|---|
| Linda S. Mc Cartney | 50 | Female Standard Tobacco |

| | | | | |
|---|---|---|---|---|
| Policy Number: | 9090-07667525 | | Policy Date: | April 1, 2006 |
| Type of Policy: | Flexible Premium Variable Life (VULIV) | | Monthly Date: | 01 |
| | | | Initial Specified Amount: | $500,000 |
| Minimum Specified Amount Allowed: | Policy Year 1: years 2 - 5: years 6 - 10: years 11 - 15: thereafter: | $500,000 375,000 250,000 125,000 1,000 | Initial Death Benefit Option: | Option 1 |

## Premium Information

| | | | | |
|---|---|---|---|---|
| Initial Premium: | $750.00 | | Scheduled Premium: | $9,000.00 per year payable monthly |
| Minimum Initial Premium: | $405.00 per month | | Death Benefit Guarantee to age 70 premium: | $543.77 per month |
| Minimum Initial Premium Period: | 5 Years | | Death Benefit Guarantee to age 100 premium: | $1,014.89 per month |

Coverage will expire when the policy values are insufficient to pay the charges assessed on a monthly anniversary. Because the policy values may be based on the investment results of the subaccounts, the payment of scheduled premiums or unscheduled premiums in any amount or frequency will not guarantee that the policy will remain in force unless the premiums needed to keep the Death Benefit Guarantee to age 70 or the Death Benefit Guarantee to age 100 in effect have been paid.

## Interest and Loan Information

| | | | |
|---|---|---|---|
| Guaranteed Interest Rate: | 3% per year | Current Loan Interest Rate: | |
| | | First 10 policy years: | 5% per year |
| | | All other policy years: | 3% per year |
| Guaranteed Interest Rate Factor: | 1.0032737 | | |
| | | Guaranteed Loan Interest Rate: | 5% per year |

## Fees and Deductions

| | | | |
|---|---|---|---|
| Premium Expense Charge: | | Partial Surrender Fee: | $25 or 2% of amount surrendered, whichever is less |
| All policy years: | 5% of premium | | |
| Current Mortality and Expense Risk Charge: | | Current Policy Fee: | $0.00 per month |
| Years 1 - 10: | .90% per year | | |
| 11 - 20: | .45% per year | Guaranteed Policy Fee: | $7.50 per month |
| 21+: | .30% per year | | |
| Guaranteed Mortality and Expense Risk Charge: | | | |
| All policy years: | .90% per year | | |

Page 3

### Table of Surrender Charges

| Policy Year | Beginning of Year | End of Year |
|---|---|---|
| 1 - 5 | $7,275.00 | $7,275.00 |
| 6 | 7,275.00 | 5,820.00 |
| 7 | 5,820.00 | 4,365.00 |
| 8 | 4,365.00 | 2,910.00 |
| 9 | 2,910.00 | 1,455.00 |
| 10 | 1,455.00 | 0.00 |

This table applies to the initial specified amount for the first 10 policy years. After year 5, surrender charges decrease monthly. Additional charges will apply to each increase in the specified amount for 10 years after the effective date of the increase.

9090-07667525

| Investment Options | | Initial Premium Allocations |
|---|---|---|
| IDS Life Fixed Account | | 33.0% |

IDS Life Variable Life Separate Account

**Subaccounts Investing In:**

| | | |
|---|---|---|
| RVS VP Bal | RiverSource VP Balanced Fund | |
| RVS VP Cash Mgmt | RiverSource VP Cash Management Fund | 0.0% |
| RVS VP Core Bond | RiverSource VP Core Bond Fund | 0.0% |
| RVS VP Div Bond | RiverSource VP Diversified Bond Fund | 13.0% |
| RVS VP Div Eq Inc | RiverSource VP Diversified Equity Income Fund | 5.0% |
| RVS VP Emer Mkts | RiverSource VP Emerging Markets Fund | 0.0% |
| RVS VP Global Bond | RiverSource VP Global Bond Fund | 0.0% |
| RVS VP Global Inflation Prot Sec | RiverSource VP Global Inflation Protected Securities Fund | |
| RVS VP Gro | RiverSource VP Growth Fund | 0.0% |
| RVS VP Hi Yield Bond | RiverSource VP High Yield Bond Fund | 3.0% |
| RVS VP Inc Opp | RiverSource VP Income Opportunities Fund | 0.0% |
| RVS VP Intl Opp | RiverSource VP International Opportunity Fund | 5.0% |
| RVS VP Lg Cap Eq | RiverSource VP Large Cap Equity Fund | 0.0% |
| RVS VP Lg Cap Val | RiverSource VP Large Cap Value Fund | 0.0% |
| RVS VP Mid Cap Gro | RiverSource VP Mid Cap Growth Fund | 0.0% |
| RVS VP Mid Cap Val | RiverSource VP Mid Cap Value Fund | 0.0% |
| RVS VP S&P 500 | RiverSource VP S&P 500 Index Fund | 0.0% |
| RVS VP Select Val | RiverSource VP Select Value Fund | 0.0% |
| RVS VP Short Duration | RiverSource VP Short Duration U.S. Government Fund | 6.0% |
| RVS VP Sm Cap Adv | RiverSource VP Small Cap Advantage Fund | 0.0% |
| RVS VP Sm Cap Val | RiverSource VP Small Cap Value Fund | 0.0% |
| AIM VI Cap Appr, Ser II | AIM V.I. Capital Appreciation Fund, Series II Shares | 0.0% |
| AIM VI Cap Dev, Ser II | AIM V.I. Capital Development Fund, Series II Shares | 0.0% |
| AIM VI Dyn, Ser I | AIM V.I. Dynamics Fund, Series I Shares | 0.0% |
| AIM VI Fin Serv, Ser I | AIM V.I. Financial Services Fund, Series I Shares | 0.0% |
| AIM VI Tech, Ser I | AIM V.I. Technology Fund, Series I Shares | 0.0% |
| AB VP Gro & Inc, Cl B | AllianceBernstein VP Growth and Income Portfolio (Class B) | 6.0% |
| AB VP Intl Val, Cl B | AllianceBernstein VP International Value Portfolio (Class B) | 0.0% |
| AC VP Intl, Cl II | American Century VP International, Class II | 0.0% |
| AC VP Val, Cl II | American Century VP Value, Class II | 5.0% |
| Calvert VS Social Bal | Calvert Variable Series Inc Social Balanced Portfolio | 0.0% |
| Col Hi Yield, VS Cl B | Columbia High Yield Fund, Variable Series, Class B | 0.0% |
| EG VA Fundamental Lg Cap, Cl 2 | Evergreen VA Fundamental Large Cap Fund - Class 2 | 0.0% |
| Fid VIP Gro & Inc, Serv Cl 2 | Fidelity VIP Growth & Income Portfolio Service Class 2 | 0.0% |
| Fid VIP Mid Cap, Serv Cl 2 | Fidelity VIP Mid Cap Portfolio Service Class 2 | 3.0% |
| Fid VIP Overseas, Serv Cl 2 | Fidelity VIP Overseas Portfolio Service Class 2 | 0.0% |
| FTVIPT Frank Real Est, Cl 2 | FTVIPT Franklin Real Estate Fund - Class 2 | 6.0% |
| FTVIPT Frank Sm Cap Val, Cl 2 | FTVIPT Franklin Small Cap Value Securities Fund - Class 2 | 0.0% |
| FTVIPT Mutual Shares Sec, Cl 2 | FTVIPT Mutual Shares Securities Fund - Class 2 | 0.0% |
| GS VIT Core U.S. Eq | Goldman Sachs VIT CORE U.S. Equity Fund | 0.0% |
| GS VIT Mid Cap Val | Goldman Sachs VIT Mid Cap Value Fund | 0.0% |
| Janus Aspen Global Tech, Serv | Janus Aspen Series Global Technology Portfolio: Service Shares | 0.0% |
| Janus Aspen Intl Gro, Serv | Janus Aspen Series International Growth Portfolio: Service Shares | 0.0% |
| Lazard Retire Intl Eq | Lazard Retirement International Equity Portfolio | 0.0% |
| MFS Inv Gro Stock, Serv Cl | MFS Investors Growth Stock Series - Service Class | 0.0% |
| MFS New Dis, Serv Cl | MFS New Discovery Series - Service Class | 0.0% |
| MFS Utilities, Serv Cl | MFS Utilities Series - Service Class | 0.0% |
| Oppen Global Sec VA, Serv | Oppenheimer Global Securities Fund/VA, Service Shares | 0.0% |
| Oppen Main St Sm Cap VA, Serv | Oppenheimer Main Street Small Cap Fund/VA, Service Shares | 0.0% |
| Oppen Strategic Bond VA, Serv | Oppenheimer Strategic Bond Fund/VA, Service Shares | 0.0% |
| Pioneer Eq Inc VCT, Cl II | Pioneer Equity Income VCT Portfolio - Class II Shares | 5.0% |
| Pioneer Europe VTC, Cl II | Pioneer Europe VCT Portfolio - Class II Shares | 0.0% |
| Put VT Health Sciences, Cl IB | Putnam VT Health Sciences Fund - Class IB Shares | 0.0% |
| Put VT Intl Eq, Cl IB | Putnam VT International Equity Fund - Class IB Shares | 0.0% |
| Put VT Vista, Cl IB | Putnam VT Vista Fund - Class IB Shares | 0.0% |
| Wanger Intl Sm Cap | Wanger International Small Cap | 7.0% |
| Wanger U.S. Sm Co | Wanger U.S. Smaller Companies | 3.0% |
| WF Adv Asset Alloc | Wells Fargo Advantage Asset Allocation Fund | 0.0% |
| WF Adv Intl Core | Wells Fargo Advantage International Core Fund | 0.0% |
| WF Adv Opp | Wells Fargo Advantage Opportunity Fund | 0.0% |
| WF Adv Sm Cap Gro | Wells Fargo Advantage Small Cap Growth Fund | 0.0% |

## Schedule of Benefits and Riders

| | Effective Date | Expiration Date | Monthly Cost of Insurance |
|---|---|---|---|
| Flexible Premium Variable Life | April 1, 2006 | See policy form | See policy form |

Page 3C

# Male Rate Table

## Guaranteed Maximum Monthly Cost of Insurance Rates per $1,000 for Insureds with a Standard Risk Classification

| Attained Age | Standard | | Attained Age | Standard Smoker | Standard Non-Smoker | Attained Age | Standard Smoker | Standard Non-Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | $0.2175 | | 35 | $0.2250 | $0.1425 | 70 | $ 4.8525 | $ 3.0875 |
| 1 | 0.0850 | | 36 | 0.2425 | 0.1500 | 71 | 5.2850 | 3.4275 |
| 2 | 0.0825 | | 37 | 0.2625 | 0.1600 | 72 | 5.7775 | 3.8250 |
| 3 | 0.0800 | | 38 | 0.2875 | 0.1725 | 73 | 6.3250 | 4.2725 |
| 4 | 0.0775 | | 39 | 0.3125 | 0.1825 | 74 | 6.9300 | 4.7700 |
| 5 | 0.0725 | | 40 | 0.3450 | 0.1975 | 75 | 7.5800 | 5.3050 |
| 6 | 0.0675 | | 41 | 0.3775 | 0.2125 | 76 | 8.2500 | 5.8725 |
| 7 | 0.0650 | | 42 | 0.4150 | 0.2275 | 77 | 8.9250 | 6.4675 |
| 8 | 0.0625 | | 43 | 0.4550 | 0.2450 | 78 | 9.6150 | 7.0975 |
| 9 | 0.0600 | | 44 | 0.5000 | 0.2650 | 79 | 10.3425 | 7.7825 |
| 10 | 0.0625 | | 45 | 0.5450 | 0.2875 | 80 | 11.1325 | 8.5450 |
| 11 | 0.0675 | | 46 | 0.5950 | 0.3100 | 81 | 12.0075 | 9.4075 |
| 12 | 0.0750 | | 47 | 0.6475 | 0.3350 | 82 | 12.9875 | 10.3900 |
| 13 | 0.0875 | | 48 | 0.7050 | 0.3625 | 83 | 14.0600 | 11.4925 |
| 14 | 0.1025 | | 49 | 0.7675 | 0.3925 | 84 | 15.1925 | 12.6975 |
| 15 | 0.1175 | | 50 | 0.8350 | 0.4275 | 85 | 16.3450 | 13.9800 |
| 16 | 0.1325 | | 51 | 0.9150 | 0.4675 | 86 | 17.4900 | 15.3250 |
| 17 | 0.1425 | | 52 | 1.0025 | 0.5125 | 87 | 18.6825 | 16.7175 |
| 18 | 0.1500 | | 53 | 1.0250 | 0.5650 | 88 | 19.9400 | 18.1500 |
| 19 | 0.1550 | | 54 | 1.2125 | 0.6225 | 89 | 21.2100 | 19.6475 |
| | | | 55 | 1.3300 | 0.6875 | 90 | 22.5100 | 21.2325 |
| | | | 56 | 1.4550 | 0.7575 | 91 | 23.8825 | 22.9475 |
| Attained Age | Standard Smoker | Standard Non-Smoker | 57 | 1.5850 | 0.8325 | 92 | 25.5000 | 24.8700 |
| | | | 58 | 1.7250 | 0.9150 | 93 | 27.6200 | 27.2000 |
| | | | 59 | 1.8725 | 1.0075 | 94 | 30.5957 | 30.4275 |
| 20 | $0.1925 | $0.1400 | 60 | 2.0400 | 1.1125 | 95 | 34.5957 | 34.5957 |
| 21 | 0.1925 | 0.1375 | 61 | 2.2275 | 1.2300 | 96 | 41.3950 | 41.3950 |
| 22 | 0.1900 | 0.1350 | 62 | 2.4375 | 1.3650 | 97 | 53.1975 | 53.1975 |
| 23 | 0.1850 | 0.1325 | 63 | 2.6750 | 1.5175 | 98 | 73.2725 | 73.2725 |
| 24 | 0.1800 | 0.1275 | 64 | 2.9375 | 1.6850 | 99 | 83.3325 | 83.3325 |
| 25 | 0.1750 | 0.1250 | 65 | 3.2125 | 1.8725 | | | |
| 26 | 0.1725 | 0.1225 | 66 | 3.5050 | 2.0750 | | | |
| 27 | 0.1700 | 0.1200 | 67 | 3.8050 | 2.2900 | | | |
| 28 | 0.1700 | 0.1200 | 68 | 4.1225 | 2.5275 | | | |
| 29 | 0.1725 | 0.1200 | 69 | 4.4700 | 2.7900 | | | |
| 30 | 0.1775 | 0.1200 | | | | | | |
| 31 | 0.1825 | 0.1225 | | | | | | |
| 32 | 0.1900 | 0.1250 | | | | | | |
| 33 | 0.2000 | 0.1300 | | | | | | |
| 34 | 0.2125 | 0.1375 | | | | | | |

For insureds with a preferred risk classification, the above standard non-smoker guaranteed monthly cost of insurance rates will apply. For insureds with other than a preferred or standard risk classification, the guaranteed monthly cost of insurance rates are calculated by multiplying the above monthly rates by the Special Class Risk Factor shown under Policy Data.

# Female Rate Table

### Guaranteed Maximum Monthly Cost of Insurance Rates per $1,000 for Insureds with a Standard Risk Classification

| Attained Age | Standard |
|---|---|
| 0 | $0.1550 |
| 1 | 0.0700 |
| 2 | 0.0650 |
| 3 | 0.0650 |
| 4 | 0.0625 |
| 5 | 0.0625 |
| 6 | 0.0600 |
| 7 | 0.0575 |
| 8 | 0.0575 |
| 9 | 0.0575 |
| 10 | 0.0550 |
| 11 | 0.0575 |
| 12 | 0.0600 |
| 13 | 0.0625 |
| 14 | 0.0675 |
| 15 | 0.0725 |
| 16 | 0.0750 |
| 17 | 0.0800 |
| 18 | 0.0825 |
| 19 | 0.0850 |

| Attained Age | Standard Smoker | Standard Non-Smoker |
|---|---|---|
| 20 | $0.0975 | $0.0825 |
| 21 | 0.0975 | 0.0850 |
| 22 | 0.1000 | 0.0850 |
| 23 | 0.1025 | 0.0875 |
| 24 | 0.1050 | 0.0900 |
| 25 | 0.1075 | 0.0900 |
| 26 | 0.1125 | 0.0925 |
| 27 | 0.1150 | 0.0950 |
| 28 | 0.1200 | 0.0975 |
| 29 | 0.1250 | 0.1000 |
| 30 | 0.1300 | 0.1025 |
| 31 | 0.1350 | 0.1075 |
| 32 | 0.1425 | 0.1100 |
| 33 | 0.1500 | 0.1150 |
| 34 | 0.1575 | 0.1200 |

| Attained Age | Standard Smoker | Standard Non-Smoker |
|---|---|---|
| 35 | $0.1675 | $0.1250 |
| 36 | 0.1800 | 0.1325 |
| 37 | 0.1975 | 0.1425 |
| 38 | 0.2175 | 0.1550 |
| 39 | 0.2375 | 0.1650 |
| 40 | 0.2625 | 0.1800 |
| 41 | 0.2900 | 0.1950 |
| 42 | 0.3150 | 0.2100 |
| 43 | 0.3425 | 0.2250 |
| 44 | 0.3700 | 0.2400 |
| 45 | 0.3975 | 0.2575 |
| 46 | 0.4275 | 0.2750 |
| 47 | 0.4575 | 0.2925 |
| 48 | 0.4900 | 0.3125 |
| 49 | 0.5250 | 0.3350 |
| 50 | 0.5650 | 0.3600 |
| 51 | 0.6050 | 0.3900 |
| 52 | 0.6525 | 0.4200 |
| 53 | 0.7050 | 0.4550 |
| 54 | 0.7575 | 0.4925 |
| 55 | 0.8125 | 0.5300 |
| 56 | 0.8650 | 0.5700 |
| 57 | 0.9175 | 0.6075 |
| 58 | 0.9675 | 0.6450 |
| 59 | 1.0200 | 0.6875 |
| 60 | 1.0825 | 0.7375 |
| 61 | 1.1625 | 0.8000 |
| 62 | 1.2650 | 0.8775 |
| 63 | 1.3875 | 0.9725 |
| 64 | 1.5275 | 1.0800 |
| 65 | 1.6750 | 1.1950 |
| 66 | 1.8225 | 1.3150 |
| 67 | 1.9675 | 1.4375 |
| 68 | 2.1150 | 1.5650 |
| 69 | 2.2750 | 1.7075 |

| Attained Age | Standard Smoker | Standard Non-Smoker |
|---|---|---|
| 70 | $ 2.4625 | $ 1.8725 |
| 71 | 2.7025 | 2.0775 |
| 72 | 2.9975 | 2.3275 |
| 73 | 3.3500 | 2.6275 |
| 74 | 3.7525 | 2.9750 |
| 75 | 4.1950 | 3.3625 |
| 76 | 4.6675 | 3.7875 |
| 77 | 5.1650 | 4.2425 |
| 78 | 5.6925 | 4.7375 |
| 79 | 6.2700 | 5.2900 |
| 80 | 6.9225 | 5.9225 |
| 81 | 7.6675 | 6.6550 |
| 82 | 8.5225 | 7.5050 |
| 83 | 9.5175 | 8.4775 |
| 84 | 10.6125 | 9.5575 |
| 85 | 11.7875 | 10.7425 |
| 86 | 13.0400 | 12.0275 |
| 87 | 14.3600 | 13.4100 |
| 88 | 15.7550 | 14.9025 |
| 89 | 17.2300 | 16.5150 |
| 90 | 18.8925 | 18.2725 |
| 91 | 20.7175 | 20.2225 |
| 92 | 22.7875 | 22.4525 |
| 93 | 25.2800 | 25.1475 |
| 94 | 28.7350 | 28.7350 |
| 95 | 33.5325 | 33.5325 |
| 96 | 40.6975 | 40.6975 |
| 97 | 52.8275 | 52.8275 |
| 98 | 73.1550 | 73.1550 |
| 99 | 83.3325 | 83.3325 |

For insureds with a preferred risk classification, the above standard non-smoker guaranteed monthly cost of insurance rates will apply. For insureds with other than a preferred or standard risk classification, the guaranteed monthly cost of insurance rates are calculated by multiplying the above monthly rates by the Special Class Risk Factor shown under Policy Data.

30061-IL

# Definitions

The following words are used often in this policy.   When we use these words, this is what we mean:

**accumulation unit**
An accounting unit used to calculate the variable account value.  It is a measure of the net investment results of each of the subaccounts.

**age anniversary**
The policy anniversary on which the insured becomes a certain attained insurance age.

**cash surrender value**
The policy proceeds if the policy is surrendered, or the amount payable if the insured's death occurs on or after the insured's age 100 anniversary.  It is the policy value minus indebtedness, minus surrender charges as shown under Policy Data.

**fixed account**
Our general account.  It is made up of our assets other than those in the subaccounts and those in any other segregated asset account.

**fixed account value**
The portion of the policy value that is allocated to the fixed account, including indebtedness.

**in force**
The insured's life remains insured under the terms of this policy.

**indebtedness**
All existing loans on this policy plus policy loan interest that has been accrued or added to the policy loan.

**insurance age**
The insurance age of the insured on the policy date is the issue age shown under Policy Data.  It is the age of the insured on the date of application.  Attained insurance ages are determined from the policy date.

**insured**
The person whose life is insured by this policy.

**monthly date**
The same day each month as the policy date.  If there is no monthly date in a calendar month, the monthly date will be the first day of the next calendar month.

**net premium**
The portion of a premium paid that is credited to the policy as described in the Policy Values section.  It is the premium paid minus the premium expense charge shown under Policy Data.

**policy anniversary**
The same day and month as the policy date each year that the policy remains in force.

**policy date**
The date from which policy anniversaries, policy years, and policy months are determined.  Your policy date is shown under Policy Data.

**policy value**
The sum of the fixed account value and the variable account value.

**proceeds**
The amount payable by this policy as follows:

1.  upon death of the insured prior to the insured's age 100 anniversary, proceeds will be the death benefit under the option in effect as of the date of the insured's death, minus any indebtedness;

2.  upon death of the insured on or after the insured's age 100 anniversary, proceeds will be the cash surrender value;

3.  on surrender of the policy, proceeds will be the cash surrender value.

**pro-rata basis**
Allocation to the fixed account and each of the subaccounts.  It is proportionate to the value (minus any indebtedness in the fixed account) that each bears to the policy value, minus indebtedness.

**specified amount**
An amount used to determine the death benefit and the proceeds payable upon death prior to the insured's age 100 anniversary.  The initial specified amount is shown under Policy Data.

**subaccounts**
The subaccounts named under Policy Data.  Each is an investment division of the variable account and invests in a particular portfolio.

**terminate**
This policy is no longer in force.  All insurance coverage under this policy has stopped.

**valuation date**
Each day on which the New York Stock Exchange is open for trading, or any other day on which there is a sufficient degree of trading in the investments of the subaccounts such that the current value might be materially affected.

**valuation period**
The interval of time commencing at the close of business on each valuation date and ending at the close of business on the next valuation date.

**variable account value**
The sum of the values of the subaccounts under this policy.

**we, our, us**
IDS Life Insurance Company

**written request**
A request in writing signed by you.

**you, your**
The owner of this policy.  The owner may be someone other than the insured.  The owner is shown in the application unless the owner has been changed as provided in this policy.

# The Insurance Contract

**What is the entire contract of insurance?**

This policy and the copy of the application attached to it are the entire contract between you and us.

No one except one of our corporate officers (President, Vice President, Secretary, or Assistant Secretary) can change or waive any of our rights or requirements under this policy. That person must do so in writing. None of our representatives or other persons have the authority to change or waive any of our rights or requirements under this policy.

In issuing this policy, we have relied upon the application. The statements contained in the application are considered, in the absence of fraud, representations and not warranties. No statement made in connection with the application will be used by us to void the policy or to deny a claim unless that statement is part of the application.

**When will the policy become incontestable?**

After this policy has been in force during the insured's lifetime for two years from the policy date, we cannot contest the policy except for nonpayment of premiums.

While this policy is contestable, we, on the basis of a misstatement or misrepresentation made in the application, may rescind or reform this policy and we may deny a claim.

Any additional specified amount, other than that resulting solely from a change in death benefit option, issued after the policy date will be incontestable only after such amount has been in force during the insured's lifetime for two years from the effective date of such amount.

**Is there a suicide exclusion?**

Suicide by the insured, whether sane or insane, within two years from the policy date is not covered by this policy. In this event, the only amount payable by us to the beneficiary will be the premium that you have paid, minus any indebtedness and partial surrenders.

If the insured commits suicide while sane or insane within the two years after the effective date of:

1. any additional specified amount other than that resulting solely from a change in death benefit option; or

2. any rider attached to this policy;

the amount payable by us will be limited to the monthly deductions for such additional amount or rider.

**Can you exchange this policy?**

Yes. Once during the first two policy years, you have the right to exchange this policy for a flexible premium adjustable life policy that provides for benefits that do not vary with the investment return of the subaccounts. This is done by transferring, without charge, the entire policy value to the fixed account.

**Do you have voting rights?**

All policy owners with variable account values will have voting rights. So long as federal law requires, you may have the right to vote at the meetings of the Variable Policy Owners. If you have voting rights, we will send you a notice of the time and place of any such meetings. The notice will also explain matters to be voted upon and how many votes you will have.

**Do state laws apply?**

Yes. This policy is governed by the law of the state in which it is delivered. The values and benefits of this policy are at least equal to those required by such state.

**What if the insured's age or sex has been misstated?**

If the insured's age or sex has been misstated, the proceeds payable upon death will be:

1. the policy value on the date of death; plus

2. the amount of insurance that the cost of insurance on the insured, which was deducted from the policy value for the policy month during which such death occurred, would have purchased had the cost of the insurance been calculated using the cost of insurance rates for the correct age and sex; minus

3. any indebtedness on the date of death.

**When does this policy terminate?**

This policy will terminate on the earliest of the following:

1. the date you request that coverage ends; or

2. the date you surrender the policy in full; or

3. the end of the grace period; or

4. the date of death of the insured.

**Does this policy qualify for favorable tax treatment?**

This policy is intended to qualify for treatment as a life insurance policy under Sections 72, 101, and 7702 of the Internal Revenue Code as they now exist or may later be amended.

We reserve the right to endorse this policy to comply with:

1. future changes in the Internal Revenue Code;

2. any regulations or rulings issued under the Code; and

3. any other requirements imposed by the Internal Revenue Service;

with respect to remaining qualified for treatment as a life insurance policy under these Code sections.

We will provide the owner with a copy of any such endorsement.

# Owner and Beneficiary

**What are your rights as owner of this policy?**

As long as the insured is living and unless otherwise provided in this policy, you may exercise all rights and privileges provided in this policy or allowed by us.

**How can you change ownership of this policy?**

You can change the ownership of this policy by written request on a form approved by us. The change must be made while the insured is living. Once the change is recorded by us, it will take effect as of the date of your request, subject to any action taken or payment made by us before the recording.

**To whom are the proceeds paid on the insured's death?**

We will pay the proceeds to the beneficiary or beneficiaries whom you have named in the application unless you have since changed the beneficiary as provided below. If the beneficiary has been changed, we will pay the proceeds in accordance with your last change of beneficiary request.

**If one or all of the beneficiaries die before the insured, to whom are the proceeds payable?**

Only those beneficiaries who survive the insured's death may share in the proceeds. If no beneficiary survives the insured, we will pay the proceeds to you, if living; otherwise, to your estate.

**How do you change the beneficiary?**

By making a satisfactory written request to us, you may change the beneficiary anytime while the insured is living. Once we record the change, it will take effect as of the date of your request, subject to any action taken or payment made by us before the recording.

**Can you assign this policy as collateral?**

Yes. While the insured is living, you can assign this policy or any interest in it. Your interest and the interest of any beneficiary are subject to the interest of the assignee. An assignment is not a change of ownership and an assignee is not an owner as these terms are used in this policy. We will pay any policy proceeds payable to the assignee in a single sum. You must give us a copy of any assignment. Any assignment is subject to any action taken or payment made by us before the assignment was recorded at our home office. We are not responsible for the validity of any assignment.

30061-IL                                    Page 9

# Premiums

**What are the premium payments for this policy?**

Three types of premium payments apply to this policy. We call these:

1.   the initial premium;

2.   scheduled premiums; and

3.   unscheduled premiums.

**What is the initial premium?**

The initial premium is the premium due on the policy date of this policy.

**What is the scheduled premium?  Can it be changed?**

The scheduled premium is the premium shown under Policy Data. It is payable at the stated interval that you selected in the application. However, no scheduled premium may be paid on or after the insured's age 100 anniversary.

The scheduled premium will serve only as an indication of your intent as to the frequency and amount of future premium payments. You may change the amount or interval at any time by written request. You may also skip scheduled premium payments. Any change in amount may be subject to applicable tax laws and regulations.

Scheduled premiums may be paid annually, semi-annually, or quarterly. Payment at any other interval must be approved by us. Scheduled premium payments must be at least $25. We reserve the right to limit the amount of any increase in scheduled premiums.

**Can you make unscheduled premium payments?**

Yes.  You can make additional premium payments of at least $25 at any time prior to the insured's age 100 anniversary. We reserve the right to limit the number and amount of these unscheduled premiums. This includes our right to refuse such premiums if there is indebtedness on this policy.

**How are premium payments allocated?**

Premium payments applied to the fixed account and the subaccounts will be allocated as specified in your application for this policy. You may choose any whole percentage for each account from 0% to 100%. By written request, you may change this allocation. The change will be effective for all premiums received after our receipt of the change. Premiums received before the policy date will be allocated initially to the fixed account. On the policy date, the policy value in the fixed account will be transferred to the subaccounts or remain in the fixed account in accordance with your premium allocation percentages. For any premium received on or after the policy date, the premium will be allocated in accordance with your premium allocation percentages.

**Can we restrict premium payments?**

We reserve the right to refuse premiums and to return premiums with interest if such premiums would disqualify your policy from:

1.   treatment as a life insurance policy under Code Sections 72, 101, and 7702; or

2.   favorable tax treatment under Code Sections 72 and 101.

**Is there a grace period for paying premiums?**

Yes.  If, on a monthly date, the cash surrender value is less than the monthly deduction for the policy month following such monthly date, a grace period of 61 days will begin.

The grace period will give you time to pay a premium sufficient to continue your coverage. We will mail, to your last known address, a notice as to the premium needed so that the next three monthly deductions can be taken.

If such premium is not paid within the grace period, all coverage under this policy will terminate without value at the end of the 61-day grace period.

If a claim by death during the grace period becomes payable under the policy, any overdue monthly deductions will be deducted from the proceeds.

If the death benefit guarantee is in effect as described in the provision below, the policy will not enter the grace period.

## What is the Death Benefit Guarantee?

During the death benefit guarantee period, as shown under Policy Data, this policy will not terminate even if the cash surrender value is insufficient to cover the monthly deduction on a monthly date if (a)-(b)-(c) equals or exceeds (d) where:

(a)  is the total of all premiums paid;
(b)  is any partial surrenders;
(c)  is any indebtedness;
(d)  is the sum of the minimum monthly premiums required to keep the death benefit guarantee in effect since the policy date.

The initial minimum monthly premium is shown under Policy Data.

If, during the death benefit guarantee period the specified amount is increased or decreased, or, riders are added, changed, or terminated, a new minimum monthly premium will be established for the remainder of the death benefit guarantee period.

For any month in which the monthly deduction is being paid by a Waiver of Monthly Deduction Rider, if applicable and attached to this policy, the minimum monthly premium for that month will be zero.

## Can you ever reinstate this policy?

This policy may be reinstated within 5 years after the end of the grace period unless it was surrendered for cash.  To do this, we will require all of the following:

1.  your written request to reinstate the policy;

2.  evidence of insurability of the insured satisfactory to us;

3.  payment of the required reinstatement premium;

4.  payment or reinstatement of any indebtedness.

The required premium to reinstate the policy is an amount equal to (a)+(b)+(c)-(d) where:

(a)  is the surrender charge which will be reinstated;
(b)  is an amount equal to the monthly deductions not taken during the grace period;

If on a monthly date, sufficient premiums have not been paid to maintain the death benefit guarantee, the death benefit guarantee period will be terminated.

The death benefit guarantee period may be reinstated within 2 years of its termination if the policy is in force.  The amount needed to reinstate the death benefit guarantee period is an amount equal to (a)+(b)+(c)-(d) where:

(a)  is the sum of minimum monthly premiums to the date of reinstatement assuming the death benefit guarantee was always in effect since the policy date;
(b)  is any partial surrenders that have been taken to the date of reinstatement;
(c)  is any indebtedness on the date of reinstatement;
(d)  is the total of all premiums paid to the date of reinstatement.

(c)  is an amount equal to the next 3 monthly deductions that will be taken after reinstatement;
(d)  is the policy value which will be reinstated.

The effective date of a reinstated policy will be the monthly date on or next following the date on which we approve the application for reinstatement.

The suicide and incontestability periods will apply from the effective date of reinstatement.  We will have two years from the effective date of reinstatement to contest the truth of statements or representations in the reinstatement application.

# Death Benefits

**What are the proceeds payable upon death of the insured by this policy prior to the insured's age 100 anniversary?**

The proceeds payable upon death will be the death benefit in effect on the date of the insured's death, minus any indebtedness. The death benefit will be calculated based on the death benefit option in ef-

fect as of the date of the insured's death. One of two options will apply: Option 1 or 2. Both options are described below.

## What is Option 1?

The death benefit under this option will be the greater of:

1. the specified amount; or

2. the percentage of policy value for the insured's attained age shown in the table below.

Under this option, the policy value of this policy is part of the specified amount. The initial specified amount is shown under Policy Data. Such amount may be changed as explained in the Policy Change section. A partial surrender will reduce the specified amount.

## What is Option 2?

The death benefit under this option will be the greater of:

1. the policy value of this policy, plus the specified amount; or

2. the percentage of policy value for the insured's attained age shown in the table below.

Under this option, the policy value is not a part of the specified amount. The initial specified amount is shown under Policy Data. Such amount may be changed as explained in the Policy Change section.

| Insured's Attained Age | Applicable Percentage | Insured's Attained Age | Applicable Percentage |
|---|---|---|---|
| 40 or less | 250 | 61 | 128 |
| 41 | 243 | 62 | 126 |
| 42 | 236 | 63 | 124 |
| 43 | 229 | 64 | 122 |
| 44 | 222 | 65 | 120 |
| 45 | 215 | 66 | 119 |
| 46 | 209 | 67 | 118 |
| 47 | 203 | 68 | 117 |
| 48 | 197 | 69 | 116 |
| 49 | 191 | 70 | 115 |
| 50 | 185 | 71 | 113 |
| 51 | 178 | 72 | 111 |
| 52 | 171 | 73 | 109 |
| 53 | 164 | 74 | 107 |
| 54 | 157 | 75-95 | 105 |
| 55 | 150 | 96 | 104 |
| 56 | 146 | 97 | 103 |
| 57 | 142 | 98 | 102 |
| 58 | 138 | 99 | 101 |
| 59 | 134 | 100 | 100 |
| 60 | 130 | | |

The percentage is designed to ensure that the policy meets the provisions of Federal tax law which require a minimum death benefit in relation to policy value for the policy to qualify as life insurance.

## Which death benefit option will apply?

You chose the death benefit option you wanted when you applied for this policy. The initial death benefit option is shown under Policy Data. While

this policy is in force, you may change the option as explained in Policy Change section.

## What are the proceeds payable upon death of the insured on or after the insured's age 100 anniversary?

The proceeds payable upon death of the insured will be the cash surrender value.

# Policy Change

## Can you request to change the benefits of this policy?

Yes. While this policy is in force, you may request to decrease or increase the specified amount. You may also change the death benefit option from 1 to 2 or from 2 to 1. All such changes may be made only prior to the insured's age 100 anniversary and will be subject to the rules below.

## What are the rules for changing the specified amount?

### Decreases of the Specified Amount

You may decrease the specified amount once per policy year by written request. A decrease may only be made after the first policy year and is subject to the following rules.

1. Any decrease will be effective on the monthly date on or next following our receipt of your written request. Any such decrease will be applied in the following order:

    (a) against the specified amount provided by the most recent increase; then
    (b) against the next most recent increases successively; then
    (c) against the initial specified amount shown under Policy Data.

2. The specified amount that remains in force after a requested decrease may not be less than the minimum specified amount allowed shown under Policy Data.

3. We reserve the right to decline to make any specified amount decrease that we determine would cause this policy to fail to qualify as life insurance under applicable tax laws.

### Increases of the Specified Amount

You may increase the specified amount at any time by written request. The following rules apply to any increase in specified amount other than that resulting solely from a change in death benefit option.

1. You must apply for an increase by written request on a form satisfactory to us, and not later than the insured's age 85 anniversary.

2. You must furnish satisfactory evidence of insurability of the insured.

3. Any increase will be subject to our issue rules and limits at the time of increase.

4. The minimum increase in the specified amount is $10,000.

5. Any increase will be effective on the monthly date on or next following the date your application is approved.

6. A new schedule of surrender charges will apply to the amount of any increase in the specified amount.

## How do you change the death benefit option?

You may change the death benefit option once per policy year by written request. The change in option will be effective on the monthly date on or next following the date we approve your request.

If the death benefit is Option 2, it may be changed to Option 1. The new specified amount will be the Option 2 death benefit as of the effective date of change.

If the death benefit is Option 1, it may be changed to Option 2. The new specified amount will be the Option 1 death benefit, minus the policy value as of the effective date of change.

The death benefit after a change may not be less than the minimum specified amount allowed shown under Policy Data.

We reserve the right to decline to make any death benefit option change that we determine would cause this policy to fail to qualify as life insurance under applicable tax laws.

# Policy Values

**What is the policy's value?**

On a given date, the policy value is equal to the fixed account value plus the variable

**What is the fixed account value?**

On the policy date, the fixed account value equals: 1) the portion of the initial net premium allocated to the fixed account, plus any interest credited on such portion before the policy date; minus 2) the portion of the monthly deduction allocated to the fixed account for the first policy month.

On any subsequent date, the fixed account value will be calculated as:

a + b + c - d - e - f

where:

(a)   is the fixed account value on the preceding monthly date plus interest thereon from the preceding monthly date to the date of calculation;

(b)   is the portion of net premiums allocated to the fixed account and received since the preceding monthly date, plus interest on such portions from the date such net premiums were received to the date of calculation;

**What is the variable account value?**

The variable account value is the sum of the values of the subaccounts under this policy as shown under Policy Data.

On the policy date, the value of each subaccount equals:  1) the portion of the initial net premium allocated to the subaccount, plus any interest credited on such portion before the policy date; minus 2) the portion of the monthly deduction allocated to the subaccount for the first policy month.

On any subsequent date, the value of each subaccount will be calculated as:

a + b + c - d - e - f

where:

(a)   is the value of the subaccount on the preceding valuation date, multiplied by the net investment factor for the current valuation period;

account value.

(c)   is the amount of any transfers from the subaccounts, including loan transfers, to the fixed account since the preceding monthly date, plus interest on such transferred amounts from the effective dates of such transfers to the date of calculation;

(d)   is the amount of any transfers from the fixed account, including loan repayment transfers, to the subaccounts since the preceding monthly date, plus interest on such transferred amounts from the effective dates of such transfers to the date of calculation;

(e)   is the amount of any partial surrenders and partial surrender fees allocated to the fixed account since the preceding monthly date, plus interest on such surrendered amounts from the effective date of such partial surrenders to the date of calculation; and

(f)   if the date of calculation is a monthly date, the portion of the monthly deduction allocated to the fixed account for the policy month following the monthly date.

(b)   is the net premiums received and allocated to the subaccount during the current valuation period;

(c)   is the amount of any transfers from other subaccounts or the fixed account, including loan repayment transfers, to the subaccount during the current valuation period;

(d)   is the amount of any transfers to other subaccounts or the fixed account, including loan transfers, from the subaccount during the current valuation period;

(e)   is the amount of partial surrender and partial surrender fee allocated to the subaccount during the current valuation period;

(f)   is the portion of any monthly deduction during the current valuation period allocated to the subaccount for the policy month following the monthly date.

## What is the monthly deduction?

A deduction will be made each monthly date prior to the insured's age 100 anniversary for the cost of insurance, policy fee, and the cost of any riders, for the policy month following such monthly date. The monthly deduction for a policy month will be calculated as:

(a) + (b) + (c)

where:

(a)   is the cost of insurance for the policy month;

(b)   is the policy fee shown under Policy Data. We reserve the right to change the policy fee, but it will never exceed the guaranteed policy fee shown under Policy Data; and

(c)   is the cost of any policy riders for the policy month.

## How is the cost of insurance calculated?

The cost of insurance for a policy month is calculated as:

$$\frac{a \times (b - c)}{1000} + d$$

where:

(a)   is the cost of insurance rate described below;

(b)   is the death benefit on the monthly date divided by the guaranteed interest rate factor shown under Policy Data;

## What is the cost of insurance rate?

The cost of insurance rate is the rate applied to the insurance under this policy to determine the monthly deduction. It is based on the sex, attained age, and risk classification of the insured. "Attained Age" means age on the prior policy anniversary.

We may change monthly cost of insurance rates from time to time. Any change in the cost of insurance rate will apply to all individuals of the same risk class as the insured. Any change will be in accordance with procedures and standards on file with the state insurance department. Cost of insurance rates will be determined by us based on our expectations as to future mortality experience.

The guaranteed maximum monthly cost of insurance rates shown in this policy on pages 4 and 5,

The monthly deduction will be taken from the fixed account and the subaccounts with value according to the monthly deduction allocation percentages specified in your application for this policy. You may choose any whole percentage for each account from 0% to 100%. By written request, you may change the percentages. Any change will be effective for monthly deductions taken thereafter.

The monthly deduction will be taken from the fixed account and the subaccounts with value on a pro-rata basis if  1) the value in the fixed account or in any subaccount is insufficient to pay the portion of the monthly deduction so allocated; or 2) you do not specify the account or subaccounts from which the monthly deduction is to be taken.

(c)   is the policy value at the beginning of the policy month. At this point, the policy value has been reduced by the monthly deduction except for the part of the monthly deduction that pays for the cost of insurance; and

(d)   is the amount of any flat extra insurance charges as shown under Policy Data.

If the policy value is included in the specified amount and there have been changes in the specified amount, the policy value is considered a pro-rata part of each specified amount.

for ages 20 and over, are based on the 1980 Commissioners Standard Ordinary Smoker or Nonsmoker, Male or Female Mortality Tables, Age Last Birthday.

The rates for ages under 20 do not distinguish between smokers and nonsmokers and are based on the 1980 Standard Ordinary Mortality Table, Male or Female, Age Last Birthday. Shortly before the Insured's becomes age 20, we will send you a notice that we may begin charging smoker rates upon the insured's age 20 policy anniversary. If you do not apply for nonsmoker rates, or the insured does not qualify for nonsmoker rates, the insured will be reclassified as a smoker, and smoker guaranteed maximum monthly cost of insurance rates will apply to the policy.

30061-IL

Page 15

**What interest rate is used to determine the fixed account value?**

The guaranteed interest rate applied in the calculation of the fixed account value is shown under Policy Data. Interest in excess of the guaranteed interest rate shown under Policy Data may be applied in the calculation of the fixed account value at such increased rates and in such manner as we may determine.

Interest in excess of the guaranteed interest rate as shown under Policy Data however, will not be applied to the portion of the policy value that equals any indebtedness due us.

**For how long will the policy value continue your insurance?**

If sufficient scheduled premium payments are not continued, insurance coverage under this policy and any benefits provided by riders will be continued until the cash surrender value is insufficient to cover the monthly deduction, as provided in the Grace Period provision. This provision will not continue any rider beyond the date for its termination as provided in the rider.

**What is the basis used for policy values?**

Values and reserves are equal to or greater than those required by law. Where required, a detailed statement of the method of computation of values and reserves has been filed with the insurance department of the state where this policy was delivered.

**Will you receive information about the values of this policy?**

Yes. At least once a year, we will send to your last known address, a report that shows:

1. the current policy value;

2. premiums paid since the last report;

3. all charges since the last report;

4. indebtedness on this policy;

5. the current cash surrender value;

6. the current death benefit; and

7. partial surrenders since the last report.

At any time, upon written request by you, we will provide a projection of future death benefits and policy values. The projection will be based on (1) assumptions as to specified amount(s), type of coverage option and future premium payments as are necessary and specified by us and/or you.

# Policy Loans

## Can you borrow money on this policy? How?

By written request, you may obtain a loan from us whenever this policy has a loan value. The loan value of this policy is the only security required for your loan. A loan must be for at least $500. We will pay interest on the loaned amount at an annual rate as stated under Policy Data. Loans may affect the death benefit guarantee as described in the Premiums section of this policy.

## Can we delay or suspend payment of a loan?

We will normally pay the portion of any loan from the subaccounts within 7 days after we receive your written request in our home office. We have the right, however, to suspend or delay the date of any loan from the subaccounts for any period:

1. when the New York Stock Exchange is closed; or

2. when trading on the New York Stock Exchange is restricted; or

3. when an emergency exists, and as a result:

    (a) disposal of securities held in the subaccounts is not reasonably practicable; or

## What is the interest rate for a policy loan?

The current loan interest rate for policy loans is shown under Policy Data. We reserve the right to increase the current loan interest rate charge, but it will never exceed the guaranteed loan interest rate shown under Policy Data.

## What is the maximum loan value of this policy?

You can borrow an amount up to 90% of the policy value minus surrender charges. We calculate the policy value as of the date of the loan. Interest to

## When can you repay your loan?

Your loan can be repaid in full or in part at any time before the insured's death and while this policy is in force. A loan that exists at the end of the grace period may not be repaid unless this policy is reinstated.

Repayments should be clearly marked as "loan repayments"; otherwise, they will be credited to this

## What if your loan is not repaid?

Failure to repay a loan or to pay loan interest will not terminate this policy unless the cash surrender value is insufficient to cover the monthly de-

If you do not specify the accounts from which the loan is to be made, the loan will be made from the fixed account and the subaccounts with value on a pro-rata basis.

The amount of any loan and any loan interest from the subaccounts will be transferred from the subaccounts to the fixed account.

    (b) it is not reasonably practicable to fairly determine the value of the assets of the subaccounts; or

4. during any other period when the Securities and Exchange Commission, by order, so permits for the protection of security holders.

Rules and regulations of the Securities and Exchange Commission will govern as to whether the conditions set forth in the above items 2 and 3 exist.

For any loans from the fixed account, we have the right to postpone the loan for up to 6 months unless the loan is used to pay premiums on any policies you have with us.

Interest is charged daily and payable at the end of the policy year. If interest is not paid when it is due, it will be added to your indebtedness and charged the same interest rate as your loan. The additional interest will be taken from the fixed account and the subaccounts with value on a pro-rata basis.

pay for the loan until the next policy anniversary will be included in determining the maximum loan value.

policy as premiums. Loan repayments must be in amounts of at least $25. Remaining loan amounts of less than $25 can be paid in full. Loan repayments will be allocated to the fixed account and the subaccounts according to the premium allocation percentages in effect unless you tell us otherwise.

duction, as provided in the Grace Period provision. This would happen if indebtedness exceeded the policy value, minus surrender charges.

# Policy Surrender

**Can you surrender this policy?**

Yes. You may surrender this policy for its cash surrender value at any time. Your request must be in writing. Upon surrender for the cash surrender value, this policy will terminate.

The cash surrender value of this policy is:

1. the policy value at the time of surrender; minus

2. any indebtedness on this policy; minus

3. any applicable surrender charges as shown under Policy Data.

Surrender charges are shown under Policy Data.

**Is a partial surrender possible?**

Yes. By written request or other requests acceptable to us, you may partially surrender this policy for an amount less than the cash surrender value. Partial surrenders are subject to the rules below and payment of the Partial Surrender Fee shown under Policy Data. We reserve the right to limit the frequency of partial surrenders you may request. Partial surrenders may affect the death benefit guarantee as described in the Premiums section of this policy.

If death benefit Option 1 is in effect, both the specified amount and the policy value will be reduced by the amount of surrender and partial surrender fee. If death benefit Option 2 is in effect, the policy value will be reduced by the amount of surrender and the partial surrender fee.

**What are the rules for a partial surrender?**

The following rules will apply to any partial surrender:

1. partial surrenders may not be made in the first policy year;

2. the minimum amount that may be surrendered is $500;

3. the partial surrender amount cannot exceed 90% of the full cash surrender value;

4. the death benefit that remains in force may not be less than the minimum specified amount allowed shown under Policy Data;

5. the partial surrender fee is as stated under Policy Data. The surrender amount and partial surrender fee will be deducted from the policy value at the time of each partial surrender; and

6. we reserve the right to decline a request for a partial surrender that we determine would cause this policy to fail to qualify as life insurance under applicable tax laws.

If you do not specify the accounts from which the surrender is to be made, the surrender will be made from the fixed account and the subaccounts with value on a pro-rata basis.

**Can we delay or suspend payment of a surrender?**

We will normally pay the portion of any surrendered amount from the subaccounts within 7 days after we receive your written request in our home office. We have the right, however, to suspend or delay the date of any surrender payment from the subaccounts for any period:

1. when the New York Stock Exchange is closed; or

2. when trading on the New York Stock Exchange is restricted, or

3. when an emergency exists, and as a result:

   (a) disposal of securities held in the subaccounts is not reasonably practicable; or

   (b) it is not reasonably practicable to fairly determine the value of the assets of the subaccounts; or

4. during any other period when the Securities and Exchange Commission, by order, so permits for the protection of security holders.

Rules and regulations of the Securities and Exchange Commission will govern as to whether the conditions set forth in the above items 2 and 3 exist.

For any surrender request from the fixed account, we have the right to postpone the payment for up to 6 months. If we postpone payment more than 30 days, we will also pay you interest. The interest will be paid at the rate of 3% per year based on the amount surrendered for the period of postponement.

30061-IL                    Page 18

# Subaccounts

**What are the subaccounts?**

The subaccounts are separate investment accounts of ours. They are named under Policy Data. We have allocated a part of our assets for this and certain other policies to the subaccounts. Such assets remain our property. They cannot be charged, however, with liabilities from any other business in which we may take part.

**What are the investments of the subaccounts?**

Net premiums and transfers will be allocated as you specify. Each subaccount will buy the investment shown for that subaccount under Policy Data or as later added or changed.

**How do we value the subaccounts?**

The subaccount value is determined by multiplying the number of accumulation units credited to the subaccount by the appropriate accumulation unit values.

**What are subaccount accumulation units?**

The number of accumulation units for each of the subaccounts is found by dividing: (1) the amount allocated to the subaccount; by (2) the subaccount's accumulation unit value for the valuation period in which we received the premium payment, transfer request, or partial surrender request.

**What is the subaccount accumulation unit value?**

The value of an accumulation unit for each of the subaccounts was arbitrarily set at $1 when the first investments were bought.

The value for any later valuation period is found as follows: The accumulation unit value for a subaccount for the last prior valuation period is multiplied by such subaccount's net investment factor for the following valuation period. The result is the accumulation unit value. The value of an accumulation unit may increase or decrease from one valuation period to the next.

**What is the net investment factor? How is it determined?**

The net investment factor is an index applied to measure the investment performance of a subaccount from one valuation period to the next. The net investment factor may be greater or less than one; therefore, the value of an accumulation unit may increase or decrease.

To find the net investment factor of any such subaccount for any valuation period, we divide (1) by (2), and subtract (3) from the result, where:

(1) is the net result of:

a. the net asset value per share of the portfolios or funds held in the subaccount determined at the end of the current valuation period; plus

b. the per-share amount of any dividend or capital gain distributions made by the investment held in the subaccount, if the "ex-dividend" date occurs during the current valuation period; plus or minus

c. a per-share charge or credit for any taxes reserved for the current valuation period that we determine to have resulted from the investment operations of the subaccount;

(2) is the net result of:

a. the net asset value per share of the portfolios or funds held in the subaccount, determined at the end of the last prior valuation period; plus or minus

b. the per-share charge or credit for any taxes reserved for the last prior valuation period; and

(3) is a factor representing the mortality and expense risk charge.

## What deductions are made from the subaccounts?

The mortality and expense risk charge compensates us for assuming the mortality and expense risks under this policy. It is equal on an annual basis to the percentage, as stated under Policy Data, of the daily value of the subaccounts. The deduction will be (1) made from each subaccount with value; and (2) computed on a daily basis.

## Can the investments of the subaccounts be changed?

This would happen if laws or regulations changed, the investment became unavailable, or, in the judgement of IDS Life Insurance Company, the investments were no longer suitable for the subaccounts. If any of these situations occurred, we would have the right to substitute investments other than those shown under Policy Data. We would first seek the approval of the Securities and Exchange Commission and, where required, the insurance regulator of the state where this policy is delivered.

## Can transfers be made among your subaccounts and fixed account?

By written request or other requests acceptable to us, you may transfer all or part of the value of a subaccount to one or more of the other subaccounts or to the fixed account. The amount transferred, however, must be at least: 1) $250; or 2) the total value in the subaccount, if less. We reserve the right to limit such transfers to 5 per policy year. We may suspend or modify this transfer privilege at any time with the necessary approval of the Securities and Exchange Commission.

You may also transfer from the fixed account to the subaccounts once a year, but only on the policy anniversary or within 30 days after such policy anniversary. If you make this transfer, you cannot transfer from the subaccounts back into the fixed account until the next policy anniversary. If we receive your written request within 30 days before the policy anniversary date, the transfer from the fixed account to the subaccounts will be effective on the anniversary date. If we receive your written request within 30 days after the policy anniversary date, the transfer from the fixed account to the subaccounts will be effective on the date we receive the request. The minimum transfer amount is $250 or the fixed account value minus indebtedness, if less. The maximum transfer amount is the fixed account value, minus indebtedness. We may suspend or modify this transfer privilege at any time.

# Payment of Policy Proceeds

## How are the proceeds paid?

We will pay the proceeds in a single sum unless a payment option has been selected. The date on which the proceeds are paid in a lump sum or first placed under a payment option is the settlement date. All proceeds are payable at our home office. We will pay interest at a rate not less than 4% per year on single sum death proceeds from the date of the insured's death to the settlement date.

## What are the payment options other than a single sum?

During the insured's lifetime, you may request in writing that we pay the proceeds under one or more of the payment options shown below, or that we change a prior election. You may elect other payment options not shown if we agree. Unless we agree otherwise, however, a payment option may be selected only if the payments are to be made to a natural person in that person's own right. Also, the amount of proceeds placed under a payment option must be at least $5,000.

## Option A - Interest Payments

We will pay interest on proceeds placed under this option at the rate of 3% per year compounded annually. We will make regular interest payments at intervals and for a period that is agreeable to both you and us. At the end of any payment interval, a withdrawal of proceeds may be made in the amount of at least $100. At any time, all of the proceeds that remain may be withdrawn or placed under a different payment option approved by us.

## Option B - Payments for a Specified Period

We will make monthly payments for a specified number of years. The amount of each monthly payment for each $1,000 placed under this option is shown in the table below. Monthly payment amounts for years not shown will be furnished upon request.

### Option B Table

| Number of Years | Monthly Payment/$1000 |
|---|---|
| 10 | 9.61 |
| 15 | 6.87 |
| 20 | 5.51 |
| 25 | 4.71 |
| 30 | 4.18 |

## Option C - Lifetime Income

We will make monthly payments for the life of the person (the payee) who is to receive the income. Payment will be guaranteed for either 10, 15, or 20 years. The amount of each monthly payment for each $1,000 placed under this option will be based on our Table of Settlement Rates in effect at the time of the first payment. The amounts will not be less than those shown in the table below for the sex and Adjusted Age of the payee on the due date of the first payment. (See Adjusted Age Table.)

Monthly income amounts for any adjusted age not shown in the following table will be furnished upon request.

Option C Table          M = Male  F = Female

| Adjusted Age Payee | Life Income per $1,000 with Payments Guaranteed for | | | | | |
|---|---|---|---|---|---|---|
| | 10 years | | 15 years | | 20 years | |
| | M | F | M | F | M | F |
| 50 | 4.22 | 3.89 | 4.17 | 3.86 | 4.08 | 3.82 |
| 55 | 4.62 | 4.22 | 4.53 | 4.18 | 4.39 | 4.11 |
| 60 | 5.14 | 4.66 | 4.96 | 4.57 | 4.71 | 4.44 |
| 65 | 5.81 | 5.22 | 5.46 | 5.05 | 5.02 | 4.79 |
| 70 | 6.61 | 5.96 | 5.96 | 5.60 | 5.27 | 5.12 |
| 75 | 7.49 | 6.89 | 6.38 | 6.14 | 5.42 | 5.35 |

**Adjusted Age Table**

The adjusted age is the age on the payee's nearest birthday, minus an "adjustment" based on the year of birth of the payee as follows:

| Calendar Year of Payee's Birth | Adjustment | Calendar Year of Payee's Birth | Adjustment |
|---|---|---|---|
| Prior to 1920 | 0 | 1945 - 1949 | 6 |
| 1920 - 1924 | 1 | 1950 - 1959 | 7 |
| 1925 - 1929 | 2 | 1960 - 1969 | 8 |
| 1930 - 1934 | 3 | 1970 - 1979 | 9 |
| 1935 - 1939 | 4 | 1980 - 1989 | 10 |
| 1940 - 1944 | 5 | After 1989 | 11 |

**Will a supplemental contract be prepared if proceeds are placed under a payment option?**

If a payment option is requested, we will prepare an agreement stating the terms under which payments will be made. The agreement will include statements about withdrawal value, if any, and to whom remaining proceeds will be paid if the payee dies.

**Can a beneficiary request a payment option?**

After the insured's death but before any proceeds are paid, the beneficiary may select a payment option by written request to us. You may provide, however, that the beneficiary will not be permitted to change the payment option you have selected.

**Are excess interest earnings payable by us?**

On each anniversary of the settlement date, we will determine excess interest, if any, on payment option deposits. Any such excess interest will be paid under Option A or B.

30061-IL                                Page 22

**IDS Life Insurance Company**
70100 Ameriprise Financial Center
Minneapolis MN 55474

# Endorsement

This endorsement is made a part of the policy to which it is attached. It changes certain terms of the policy and any attached riders.

I.   The provision entitled **proceeds** in the **Definitions** section of the policy is changed to read as follows:

**proceeds**

Proceeds means the amount payable by this policy as follows:

1.   upon death of the insured prior to the insured's age 100 anniversary, proceeds will be the death benefit under the option in effect as of the date of the insured's death, minus any indebtedness;

2.   upon death of the insured on or after the insured's age 100 anniversary, proceeds will be the greater of the policy value on the date of death minus any indebtedness on the date of death; or the policy value at the insured's attained insurance age 100 anniversary minus any indebtedness on the date of death;

3.   upon surrender of the policy, the proceeds will be the cash surrender value.

II.  The provision entitled **Is there a grace period for paying premiums** in the **Premiums** section of the policy is changed to read as follows:

**Is there a grace period for paying premiums?**

Yes. If, on a monthly date, the cash surrender value is less than the monthly deduction for the policy month following such monthly date, a grace period of 61 days will begin.

The grace period will give you time to pay a premium sufficient to continue your coverage. We will mail, to your last known address, a notice as to the premium needed so that the next three monthly deductions can be made.

If the premium is not paid within the grace period, all coverage under this policy will terminate without value at the end of the 61-day grace period.

If the insured's death occurs during the grace period and benefits become payable under the policy, any overdue monthly deductions will be deducted from the proceeds.

If a death benefit guarantee is in effect as described in the provisions below, the policy will not enter the grace period.

In addition, to allow you the opportunity to increase your policy value gradually so that the cash surrender value is sufficient to pay the monthly deduction, you may choose to pay only the minimum initial premium during the minimum initial premium period as long as the policy value minus indebtedness equals or exceeds the monthly deduction. The policy will not enter the grace period during the minimum initial premium period as shown under Policy Data, if:

1.   on a monthly date, the policy value minus indebtedness equals or exceeds the monthly deduction for the policy month following such monthly date; and

2.   the sum of all premiums paid, minus any partial surrenders, and minus any indebtedness equals or exceeds the minimum initial premium, as shown under Policy Data, times the number of months since the Policy Date, including the current month.

III. The provision entitled **What is the Death Benefit Guarantee** in the **Premiums** section of the policy is changed to read as follows:

### Death benefit guarantees

The death benefit guarantees described as follows will protect the policy from lapsing even if the cash surrender value is insufficient to pay the monthly deduction on a monthly date. Sufficient premiums as described in the provision must be paid to keep the death benefit guarantees in effect.

The death benefit guarantees may be reinstated within two years of termination if the policy is in force. The amount needed to reinstate the death benefit guarantees is an amount equal to (a) +(b)+(c)-(d) where:

(a) is the sum of required premiums for the death benefit guarantees to the date of reinstatement assuming the death benefit guarantee was always in effect since the policy date;

(b) is any partial surrenders that have been taken to the date of reinstatement;

(c) is any indebtedness on the date of reinstatement;

(d) is the total of all premiums paid to the date of reinstatement.

### Death benefit guarantee to age 70

Until the insured's attained insurance age 70, or 10 years from the policy date, whichever is later, this policy will not terminate even if the cash surrender value is insufficient to pay the monthly deduction on a monthly date if the death benefit guarantee to age 70 is in effect.

The death benefit guarantee to age 70 will remain in effect if, on each monthly date, (a) equals or exceeds (b) where:

(a) is the sum of all premiums paid, minus any partial surrenders, and minus any indebtedness; and

(b) is the death benefit guarantee to age 70 premium, as shown under Policy Data, times the number of months since the Policy Date, including the current month.

Premiums may be paid on other than a monthly basis as long as the sum of premiums paid is at least equal to the total required death benefit guarantee to age 70 premiums at all times.

If on a monthly date, sufficient premiums have not been paid to maintain the death benefit guarantee to age 70, the death benefit guarantee to age 70 provision will no longer be in effect. The death benefit guarantee to age 70, however, can be reinstated within two years from the date of its lapse. Your policy will also lapse, as described in the grace period provision, if the cash surrender value is insufficient to pay the monthly deduction on a monthly date.

The death benefit guarantee to age 70 premium will change if: 1) the specified amount is increased or decreased; 2) the death benefit option is changed; or 3) riders are added, changed, or terminated. The new death benefit guarantee to age 70 premium will apply from the date of the change.

### Death benefit guarantee to age 100

Until the insured's attained insurance age 100, this policy will not terminate even if the cash surrender value is insufficient to pay the monthly deduction on a monthly date if the death benefit guarantee to age 100 is in effect.

The death benefit guarantee to age 100 will remain in effect if, on each monthly date, (a) equals or exceeds (b) where:

(a) is the sum of all premiums paid, minus any partial surrenders, and minus any indebtedness; and

(b) is the death benefit guarantee to age 100 premium, as shown under Policy Data, times the number of months since the Policy Date, including the current month.

Premiums may be paid on other than a monthly basis as long as the sum of premiums paid is at least equal to the total required death benefit guarantee to age 100 premiums at all times.

If on a monthly date, sufficient premiums have not been paid to maintain the death benefit guarantee to age 100, the death benefit guarantee to age 100 provision will no longer be in effect. The death benefit guarantee to age 100, however, can be reinstated within two years from the date of its lapse. Your policy will also lapse if, as described in the grace period provision, the death benefit guarantee to age 100 and the death benefit guarantee to age 70 are not in effect and the cash surrender value is insufficient to pay the monthly deduction on a monthly date.

The death benefit guarantee to age 100 premium will change if: 1) the specified amount is increased or decreased; 2) the death benefit option is changed; or 3) riders are added, changed, or terminated. The new death benefit guarantee to age 100 premium will apply from the date of the change.

IV. The percentage of policy value for the insured's attained age in the **Death Benefits** section of the policy is amended to include:

| Insured's Attained Age | Applicable Percentage |
|---|---|
| 75-90 | 105 |
| 91 | 104 |
| 92 | 103 |
| 93 | 102 |
| 94 | 101 |
| 95-100 | 100 |

V. The provision entitled **What are the proceeds payable upon death of the insured on or after the insured's age 100 anniversary?** in the **Death Benefits** section of the policy is changed to read as follows:

**What are the proceeds payable upon death of the insured on or after the insured's age 100 anniversary?**

The proceeds payable upon death of the insured on or after the insured's age 100 anniversary will be the greater of:

1. the policy value on the date of death minus any indebtedness on the date of death; or
2. the policy value at the insured's age 100 anniversary minus any indebtedness on the date of death.

VI. The provision entitled **Option C - Lifetime Income** in the **Payment of Policy Proceeds** section of the policy is changed to read as follows:

**Option C - Lifetime Income**

We will make monthly payments for the life of the person (the payee) who is to receive the income. Payment will be guaranteed for either 5, 10, or 15 years. The amount of each monthly payment for each $1,000 placed under this option will be based on our Table of Settlement Rates in effect at the time of the first payment. The amounts will not be less than those shown in the following table for the sex and age of the payee on the due date of the first payment.

Monthly income amounts for any age not shown in the following table will be furnished upon request.

**Option C Table**     M = Male     F = Female
**Life Income per $1,000 with Payments Guaranteed for**

| Age Payee | Settlement Beginning In Year | 5 Years M | F | 10 Years M | F | 15 Years M | F |
|---|---|---|---|---|---|---|---|
| 65 | 2010 | 5.19 | 4.61 | 5.08 | 4.57 | 4.90 | 4.49 |
|  | 2020 | 5.03 | 4.49 | 4.94 | 4.45 | 4.78 | 4.39 |
|  | 2030 | 4.88 | 4.38 | 4.81 | 4.35 | 4.68 | 4.30 |
| 75 | 2010 | 7.14 | 6.23 | 6.63 | 5.99 | 5.95 | 5.60 |
|  | 2020 | 6.84 | 5.99 | 6.42 | 5.79 | 5.84 | 5.47 |
|  | 2030 | 6.58 | 5.78 | 6.23 | 5.62 | 5.73 | 5.35 |
| 85 | 2010 | 10.45 | 9.41 | 8.44 | 8.04 | 6.72 | 6.62 |
|  | 2020 | 10.00 | 8.98 | 8.27 | 7.83 | 6.68 | 6.57 |
|  | 2030 | 9.60 | 8.59 | 8.11 | 7.64 | 6.65 | 6.52 |

The table above is based on the "1983 Individual Annuitant Mortality Table A" at 3.00% with 100% Projection Scale G. Settlement rates for any year, age, or any combination of year, age and sex not shown above, will be calculated on the same basis as those rates shown in the table above. We will furnish such rates upon request.

VII. The provision entitled **Adjusted Age Table** in the **Payment of Policy Proceeds** section of the policy is hereby deleted.

This endorsement is issued as of the policy date of the policy. This endorsement will expire on the expiration date of the policy as shown under policy data.

**IDS Life Insurance Company**

*Paul C. Johnston*

Secretary

132024-IL             Page 3           8/02

**IDS Life Insurance Company**
70100 Ameriprise Financial Center
Minneapolis MN 55474

# Endorsement

This endorsement is made a part of the policy to which it is attached.  It changes certain terms of this policy and any attached Base Insured Rider.  On the **Guaranteed Maximum Monthly Cost of Insurance Rates per $1,000** table, the last paragraph provisions are hereby replaced with the following;

The Guaranteed Maximum Monthly Cost of Insurance Rates per $1000 table rates shown above apply as follows:

| Risk Classification | Applicable Rates |
| --- | --- |
| Standard | Standard |
| Standard Nontobacco | Standard Non-Smoker |
| Preferred Nontobacco | Standard Non-Smoker |
| Super Preferred Nontobacco | Standard Non-Smoker |
| Substandard | Standard* |
| Substandard Nontobacco | Standard Non-Smoker* |
| Standard Tobacco | Standard Smoker |
| Preferred Tobacco | Standard Smoker |
| Substandard Tobacco | Standard Smoker* |

*For insureds with a substandard risk classification, the guarateed maximum monhly cost of insurance rates are calculated as follows;

1) the rates shown on the Guaranteed Maximum Monthly Cost of Insurance Rates per $1,000 table, multiplied by;
2) the Special Risk Factor shown under the Policy Data page.

This endorsement is issued as of the policy date of the policy.

**IDS Life Insurance Company**

**Secretary**

130701                                                                                     5/05

## Premium/Billing Confirmation

**Please review carefully to ensure this information reflects what you requested.**

9090-07667525

Policy Dated:  April 1, 2006

<u>Your policy has been issued with the premium and billing frequency shown below.</u>

Amount of Scheduled/Annual Premium:  $ 9,000.00

Premium Payment Frequency: monthly

The following list is all the forms printed for 9090-07667525

| | | |
|---|---|---|
| 01. | ADDRESS3 | 00001 |
| 02. | DAFORM23 | 00001 |
| 03. | 90907667525.LTRANS | 00001 |
| 04. | 9090.07667525.BENEFORM | 00001 |
| 05. | ILNOTICE | 00001 |
| 06. | VULUSPAY | 00001 |
| 07. | VU4PHN | 00001 |
| 08. | NLGNOTVU | 00001 |
| 09. | C30256IL | 00001 |
| 10. | NAS3DBCP | |
| 11. | F30061IL | 00001 |
| 12. | DVUL5IL | 00001 |
| 13. | DV5BOTIL | 00001 |
| 14. | MVU4SURR | 00001 |
| 15. | MVU5INV | 00001 |
| 16. | MVU3BEN | 00001 |
| 17. | MVU4BOT2 | 00001 |
| 18. | B30061IL | 00001 |
| 19. | E024IL | 00001 |
| 20. | E130701 | 00001 |
| 21. | PREMCON | 00001 |
| 22. | 90907667525.IVULALLOC | 00001 |
| 23. | 90907667525.ILIFEDIAPP | 00001 |
| 24. | BK0061IL | 00001 |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |
| 33. | | |
| 34. | | |
| 35. | | |
| 36. | | |
| 37. | | |
| 38. | | |
| 39. | | |
| 40. | | |
| 41. | | |
| 42. | | |
| 43. | | |
| 44. | | |
| 45. | | |
| 46. | | |
| 47. | | |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |
| 53. | | |
| 54. | | |
| 55. | | |
| 56. | | |
| 57. | | |
| 58. | | |
| 59. | | |
| 60. | | |
| 61. | | |
| 62. | | |
| 63. | | |
| 64. | | |

65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.
76.
77.
78.
79.
80.
81.
82.
83.
84.
85.
86.
87.
88.
89.
89.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.

FORM ULVTGFRM
UL Vantage System - Forms List