# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Fred Siegeltuch, Trustee of The Linda S. McCartney Revocable Trust, Plaintiffs  v.  Ameriprise Financial and Riversource Life Insurance Co. | FILED: SEPTEMBER 3, 2008  08CV5025  JUDGE KENNELLY  MAGISTRATE JUDGE COX  CH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ameriprise Financial and Riversource Life Insurance Co., defendants

| |
|---|
| NAME (Type or print)  Lisa S. Simmons |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Lisa S. Simmons |
| FIRM  Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS  225 West Wacker Drive |
| CITY/STATE/ZIP  Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192809 | 312-201-2503 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

American LegalNet, Inc.  www.USCourtForms.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was served by United States First Class Mail, postage prepaid, upon all parties or their counsel of record this 3rd day of September, 2008 to:

 

/s/ Lisa Simmons
Lisa Simmons