IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED SIEGELTUCH, Trustee of THE LINDA S. McCARTNEY REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIPRISE FINANCIAL and RIVERSOURCE LIFE INSURANCE CO., <br><br> Defendants. | FILED: SEPTEMBER 3, 2008 <br> 08CV5025 <br> JUDGE KENNELLY <br> MAGISTRATE JUDGE COX <br><br> NO. <br> CH |

## JURY DEMAND

Defendants, AMERIPRISE FINANCIAL and RIVERSOURCE LIFE INSURANCE CO., hereby enter their Jury Demand.

           **AMERIPRISE FINANCIAL and RIVERSOURCE LIFE INSURANCE CO., Defendants**

           By:     /s/Lisa S. Simmons

Lisa S. Simmons (ARDC No. 6192809)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606
312-201-2503
312-201-2555 (fax)
simmons@wildman.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by United States First Class Mail, postage prepaid, upon all parties or their counsel of record this 3rd day of September, 2008 to:

/s/ Lisa Simmons
Lisa Simmons